# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| CHARLTON BATTS and <br> XYLIA SPARKS-DAVIS, on behalf of <br> themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EVOLVE BANK & TRUST, <br><br> Defendant. | Case No. 2:24-cv-02543-SHL-cgc |

## ORDER OF TRANSFER

For purposes of court economy and judicial efficiency and in accordance with the transfer order from the Judicial Panel on Multidistrict Litigation,

**IT IS ORDERED** that this matter be associated to 24-md-03127-SHL-cgc.

**IT IS SO ORDERED,** this 10th day of October, 2024.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE